FRANCISCO A. SUÁREZ PELEGRINA, Petitioner and Appellee, *v.* MERCEDES MARGARITA PONCE ET AL., Interveners and Appellants.

No. 5126. Argued April 22, 1930.—Decided May 29, 1931.

*José Veray Jr.,* for appellants. *Mariano R. Acosta* and *Luis A. Rosario* for appellee.

MR. JUSTICE WOLF delivered the opinion of the Court.

This was a case where the District Court of Aguadilla decided that adopted children had no rights of inheritance. The whole matter has been sufficiently covered by the opinion and judgment in *Ex parte Ortiz,* No. 5457, *ante,* p. 339, decided on this same date, and the judgment appealed from must be reversed.

Mr. Justice Aldrey took no part in the decision of this case.